IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JEREMIAH JOHNSON,**<br>**BOP Reg. # 16585-003,**<br>    Movant, | )<br>)<br>)   **CIVIL ACTION NO. 1:18-00548-WS** |
| v. | )<br>) **CRIMINAL ACTION NO. 1:16-00216-WS-N-2** |
| **UNITED STATES OF AMERICA,**<br>    Respondent. | )<br>)<br>) |

### ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation (Doc. 89) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated May 1, 2020, is **ADOPTED** as the opinion of the Court.

Accordingly, it is **ORDERED** that Movant Jeremiah Johnson's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 85) is **DISMISSED with prejudice** as without merit. It is further **ORDERED** that Johnson is not entitled to a Certificate of Appealability in relation to this final adverse order. Finally, the Court certifies that any appeal of this order and accompanying judgment would be without merit and therefore not taken in good faith. Thus, Johnson is not entitled proceed *in forma pauperis* on appeal.

Final judgment in accordance with this order shall issue separately under Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this 23rd day of July 2020.

/s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**